UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CHRISTOPHER WEIRUP,

        Petitioner,

v.                                   CASE NO. 07-10672
                                     HONORABLE ANNA DIGGS TAYLOR

L.C. EICHENLAUB,

        Respondent.
_____/

## ORDER DENYING PETITIONER'S MOTIONS
## FOR APPOINTMENT OF COUNSEL
## AND FOR AMENDMENT OF THE COURT'S DISPOSITIVE OPINION

On February 15, 2007, petitioner Christopher Weirup filed a *pro se* application for the writ of habeas corpus under 28 U.S.C. § 2241. On August 7, 2007, the Court granted Petitioner's habeas petition and ordered the Federal Bureau of Prisons to consider immediately whether Petitioner was eligible for transfer to a Residential Re-entry Center ("RRC"). The Court subsequently granted the Government's motion for a stay pending an appeal from the Court's decision. The stay was dissolved when the Government failed to file a timely appeal.

Currently pending before the Court is Petitioner's motion to have the Court amend its dispositive opinion and order to establish a deadline for consideration of his request for placement in an RRC. Also pending before the Court is Petitioner's motion for appointment of counsel. Petitioner seeks to have counsel assist him in conducting negotiations with the Bureau of Prisons and to ensure that the Bureau complies with the Court's opinion and order dated August 7, 2007.

Federal Rule of Civil Procedure 59(e) states that "[a]ny motion to alter or amend a

judgment shall be filed no later than 10 days after entry of the judgment." Petitioner filed his motion to amend more than ten days after the Court entered its dispositive opinion and judgment. Accordingly, Petitioner's motion to amend (Doc. #20, Oct. 29, 2007] is DENIED. The Court notes, however, that the Government has agreed to conduct a custody status review for Petitioner in compliance with the Court's Opinion and Order of August 7, 2007.

Petitioner's motion for appointment of counsel [Doc. #16, Oct. 11, 2007] likewise is DENIED. The interests of justice do not require appointment of counsel, given the absence of an appeal and the Government's promise to conduct a custody status review as ordered by the Court.


DATED: November 15, 2007            **s/Anna Diggs Taylor**
ANNA DIGGS TAYLOR
UNITED STATES DISTRICT JUDGE

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing Order was served upon Petitioner by First Class U.S. mail on November 15, 2007.

Christopher Weirup, #12009-030
FCI Milan
Federal Correction Institute
P.O. Box 1000
Milan MI 48160-0190          s/Johnetta M. Curry-Williams
Case Manager