CHRISTOPHER WEIRUP, #12009-030,
        Petitioner,

                                       Case No. 07-10672
                                       Hon. Anna Diggs Taylor

v.

L.C. EICHENLAUB,
        Respondent,

_____/

## ORDER DENYING PETITIONER'S MOTION TO COMPEL [D/E 22]

On February 15, 2007, Petitioner filed a Writ of Habeas Corpus challenging the decision of

the Federal Bureau of Prisons (the "Bureau") not to transfer him to a residential re-entry center

("RRC") until the last ten percent or six months of his sentence. On August 7, 2007, this court

granted Petitioner's habeas corpus petition and directed the Bureau to consider whether Petitioner

is eligible for transfer to an RRC. The Bureau was instructed to make a good faith effort to consider

the factors in 18 U.S.C. §3621(b) without reference to 28 C.F.R. §§570.20 and 570.21. On

November 15, 2007, Petitioner filed a motion to compel Respondent's to follow the court's original

order arguing that the a review under 18 U.S.C. §3621(b) had not been completed as ordered.

After a careful review of the record, Petitioner's motion to compel must be denied.

Respondent indicates that Petitioner was considered for placement in a RRC in accordance with 18

U.S.C. §3621(b). Based on the factors considered, it was determined that Petitioner was ineligible

for such placement. Further, on February 8, 2008, Bureau of Prison's Unit Manager Reida Esquibel

provided a signed declaration attesting to the fact that she again reviewed Petitioner's custody level

to determine whether he was appropriate for housing in the community. She provides that this

review was also conducted in compliance with this Court's original order to consider his placement

in accordance with 18 U.S.C. §3621(b), without reference to 28 C.F.R. §§570.20 and 570.21. It was

again determined that Petitioner was ineligible for RRC placement.

Petitioner's motion to compel must be denied as this court's order dated August 7, 2007, has

been complied with in its entirety.

For the foregoing reasons,

IT IS ORDERED that Petitioner's motion to compel is DENIED.

**IT IS SO ORDERED.**

DATED: March 27, 2008                          **s/Anna Diggs Taylor**
                                               ANNA DIGGS TAYLOR
                                               UNITED STATES DISTRICT JUDGE

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on March 27, 2008.

Christopher Weirup #12009-030
FCI Milan
Federal Correction Institute
P.O. Box 1000
Milan, MI 48160                          s/Johnetta M. Curry-Williams
                                         Case Manager